In the Matter of the Claim of JOHN CHRISTMAN, Respondent, against VULCAN PROOFING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of FRED BLETKO, Respondent, against R. HOE & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of PETER W. BIELMEIER, Respondent, against THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, Hinman, Davis and Whitmyer, JJ., concur; Cochrane, P. J., dissents on the authority of *Southern R. Co.* v. *McGuin* (240 Fed. 649) and *Oregon Short Line R. Co.* v. *Gubler* (9 F. [2d] 494).

ROBERT MITCHELL, an Infant, by JAMES MITCHELL, His Guardian ad Litem, Respondent, v. CITY OF ALBANY, Appellant.  JOHN H. CRAMMOND and Another, Defendants.— Judgment and order unanimously affirmed, with costs.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of ELIZABETH BLASS, Respondent, against LONG ISLAND MOTOR PARKWAY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Thompson* v. *City of Binghamton* (218 App. Div. 451) and *Matter of Connelly* v. *Hunt Furniture Co.* (240 N. Y. 83). Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENS FALLS INSURANCE COMPANY, Respondent, v. FRANKLIN H. PIERCE and Others, as Assessors of the City of Glens Falls, Appellants.— Order unanimously affirmed, with costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

GEORGE N. OSTRANDER, Respondent, v. HARRIET E. OSTRANDER and Others, Respondents.  THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Interlocutory judgment unanimously affirmed, with costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Estate of MARGARET T. WILLIAMS, Deceased.— Order unanimously affirmed, with ten dollars costs and disbursements against the appellants individually.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

PATRICK HYLAND, as Administrator, etc., of JOHN HYLAND, Deceased, Respondent, v. MORRIS D. ROME and HERMAN COHEN, Copartners, etc., Doing Business under the Firm Name and Style of ROME & COHEN, Appellants.— Judgment unanimously affirmed, with costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

FLOYD LEWIS, Respondent, v. HARM D. VEEN, Appellant, Impleaded with Others.— Judgment modified by striking out the allowance of treble damages, on the authority of *Arout* v. *Azar* (219 App. Div. 260), and allowing the actual damages, $400, less the counterclaim of $100, thereby making the total damages $300, and as so modified unanimously affirmed, without costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.